**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Advanced Tissue, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 73-1595126 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7003 Valley Ranch Drive** **Little Rock, AR 72223** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pulaski** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Advanced Tissue, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4541

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Advanced Tissue, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____  When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Advanced Tissue, LLC**

Name                                                                          Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor     **Advanced Tissue, LLC**
          _____     Case number (*if known*) _____
          Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 23, 2021**
               _____
               MM / DD / YYYY

**X** /s/ Robert Betchley                             **Robert Betchley**
_____     _____
Signature of authorized representative of debtor      Printed name

Title     **CEO**
         _____

**18. Signature of attorney**

**X** /s/ Kevin P. Keech                     Date **August 23, 2021**
_____          _____
Signature of attorney for debtor              MM / DD / YYYY

**Kevin P. Keech 98147**
_____
Printed name

**Keech Law Firm, PA**
_____
Firm name

**2011 South Broadway**
**Little Rock, AR 72206**
_____
Number, Street, City, State & ZIP Code

Contact phone     **501 221 3200**     Email address     **kkeech@keechlawfirm.com**
                 _____                     _____

**98147 AR**
_____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Advanced Tissue, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3M<br>P.O. Box 842689<br>Dallas, TX<br>75284-2689 | | | | | | $186,636.21 |
| American Express<br>PO Box 650448<br>Dallas, Texas<br>75265-0448 | | | | | | $182,914.42 |
| Bell Bank<br>PO Box 10877<br>Fargo, ND | | | | | | $300,196.96 |
| Bell Bank-RLOC<br>5500 Wayzata<br>Boulevard<br>Minneapolis, MN<br>55416 | | | | $1,561,750.24 | $0.00 | $1,561,750.24 |
| BKD , LLP<br>400 W Capitol<br>Avenue<br>Suite 2500<br>Little Rock, AR<br>72203-3667 | | | | | | $44,080.00 |
| Brightree LLC<br>PO Box 101513<br>Atlanta, GA<br>30392-1513 | | | | | | $62,233.70 |
| ConvaTec, Incl<br>PO Box 978794<br>Dallas, TX<br>75397-8794 | | | | | | $168,604.80 |
| FedEx<br>P.O. Box 660481<br>Dallas, TX<br>75266-0481 | | | | | | $180,168.23 |
| Hartmann USA, Inc.<br>481 Lakeshore<br>Parkway<br>Rock Hill, SC 29730 | | | | | | $148,811.06 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Advanced Tissue, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hogan Lovells US LLP 555 Thirteen Street NW Attn. Stuart Langbein Attn. Sheree Kanner Washington, DC 20004** | | | | | | $73,712.50 |
| **Hydrofera, LLC 340 Progress Drive Manchester, CT 06042** | | | | | | $47,559.00 |
| **KCI USA, INC PO BOX 301557 DALLAS, TX 75303** | | | | | | $54,496.74 |
| **Medline Industries, Inc Dept. 1080 PO Box 121080 Dallas, TX 75312-1080** | | | | | | $140,852.87 |
| **Net Health Systems, Inc. 40 24th Street 5th Floor Pittsburgh, PA 15222** | | | | | | $44,000.00 |
| **Preferred Medical PO Box 2138 Conway, AR 72033** | | | | | | $132,962.04 |
| **Pulaski County Treasurer P.O. Box 8101 Little Rock, AR 72203** | | | | | | $44,251.91 |
| **Smith and Nephew PO Box 205651 Dallas, TX 75320-5651** | | | | | | $36,784.92 |
| **United Medical Supply Company 708 Marks Road Suite 308 Valley City, OH 44280** | | | | | | $51,220.29 |
| **Wound Care Innovations, LLC 1200 Summit Ave Ste 414 Fort Worth, TX 76102** | | | | | | $51,536.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Advanced Tissue, LLC**                                      Case number *(if known)*
_____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **YUKON CAPITAL PARTNERS II, LP 8500 NORMANDALE LAKE BLVD Suite 830 Minneapolis, MN 55437** | | **Note Purchase Agreeement** | | | | **$15,120,290.65** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

```
3M
P.O. Box 842689
Dallas, TX 75284-2689


Ability Network Inc
PO Box 856015
Minneapolis, MN 55485-6015


Adams Pest Control
12324 Stagecoach Rd
Little Rock, AR 72210


ADP, Inc.
030 - ADP Southeast Major
1851 N. Resler Drive
El Paso, TX 79912


ADT Commercial
PO BOX 382109
PITTSBURGH, PA 15251-8109


AFS/IBEX A division of MetaBank
PO Box 224528
Dallas, TX 75222-4528


Agility Recovery Solutions
PO Box 733788
Dallas, TX 75373-3788


All Med Medical Supply
PO Box 847340
Los Angeles, CA 90084-7340


All Software Licenses
Utility Companies.


Aloft Little Rock West
716 Rahling Road
Little Rock, AR 72223


American Express
PO Box 650448
Dallas, Texas 75265-0448
```

Amerx Health Care
164 Douglas Road E
Oldsmar, FL 34677


Anacapa Technologies, Inc
301 E Arrow Hwy
Suite 106
San Dimas, CA 91773


ANCOR / AT INVESTMENTS, LLC
C/O ANCOR HOLDINGS, LP
2720 EAST STATE HIGHWAY 114
Southlake, TX 76092


Ancor Holdings, LP
2720 E. State Highway 114
Southlake, TX 76092


ANCOR PLEDGE FUND VIII, LLC
2720 EAST STATE HIGHWAY 114
Southlake, TX 76092


APEX STAFFING INC
PO BOX 75343
CHICAGO, IL 60675-5343


AR Dept of Workforce Svcs
P O Box 8007
Little Rock, AR 72203


ARAMARK
PO BOX 697
BEMIDJI, MN 56619-0697


Arkansas Dept of Fin & Admin
P.O. Box 8140
Little Rock, AR 72203-8140


Aroa Biosurgery Incorporated
PO Box 894924
Los Angeles, CA 90189


AT Buyer, Inc.

AT Parent, Inc.


AT&T
P.O. Box 5014
Carol Stream, IL 60197-5001


AT&T U-verse
PO Box 5014
Carol Stream, IL 60197-5014


Avadim Health, Inc
81 Thompson Street
Asheville, NC


Bell Bank
5500 Wayzata Boulevard
Minneapolis, MN 55416


Bell Bank
PO Box 10877
Fargo, ND


Bell Bank-RLOC
5500 Wayzata Boulevard
Minneapolis, MN 55416


BKD , LLP
400 W Capitol Avenue
Suite 2500
Little Rock, AR 72203-3667


BKD Technologies
PO Box 1190
Springfield, MO 65801-1190


Brightree


Brightree LLC
PO Box 101513
Atlanta, GA 30392-1513

BSN Medical, Inc.
P.O. Box 751766
Charlotte, NC 28275-1766


Capital Business Leasing, LLLP
PO Box 3855
Little Rock, AR 72203


Capital Business Machines, Inc
P.O. Box 3855
Little Rock, AR 72203


Capital Fire Extinguisher Co., Inc.
P.O. Box 6245
North Little Rock, AR 72124


Carolon
601 Forum Parkway
Rural Hall, NC 27045


Carolyn Brown
258 Valencia Circle
St. Petersburg, FL 33716


Certify, Inc
P.O.BOX 780965
Philadelphia, PA 19178-0965


ChemAqua
PO Box 971269
Dallas, TX 75397-1269


CIGNA Group Insurance
P.O. Box 13701
Philadelphia, PA 19101-3701


CIGNA Healthcare
3340 Players Club Parkway
Suite 210
Memphis, TN 38125


Client First Staffing Solutions
10 Corporate Hill
Ste 200
Little Rock, AR 72205

CMS
7500 Security Boulevard
Windsor Mill, MD 21244


CMS
7500 Security Boulevard, MD 21244


CMS Regional Offices
Shannon Hills, Acting Regional
1301 Young Street, Suite 1124
Dallas, TX 75202


Community Coffee Company, LLC
PO Box 679510
Dallas, TX 75267-9510


Concordance Healthcare Solutions, LLC
2675 Solutions Center
Chicago, IL 60677-2006


ConvaTec, Incl
PO Box 978794
Dallas, TX 75397-8794


Converge One
NW5806 PO Box 1450
Minneapolis, MN 55485-5806


Cross Gunter Witherspoon & Galchus
P.O. Box 3178
Little Rock, AR 72203


Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220


DeRoyal  Industries
MSC30316
PO Box 415000
Nashville, TN 37241-0316


Direct Medical Equipment, Inc.

Discovery Benefits
P.O. Box 9528
Fargo, ND 58106-9528


Dorsey & Whitney LLP
PO Box 1680
Minneapolis, MN 55480-1680


Dorsey and Whitney LLP
300 Crescent Court, Suite 400
Attn. Larry Makel
Dallas, TX 75201


DOW Building Services
P.O. Box 16172
Little Rock, AR 72231


Electronic Systems Technologies
230 West 6th Street
Mountain Home, AR 72653


Elevator Safety Inspection Services Inc.
415 N. McKinley, Ste 685
Little Rock, AR 72205


Entergy
P.O. Box 8101
Baton Rouge, LA 70891


FastSigns
240 S Shackleford Road
Little Rock, AR 72211


FedEx
P.O. Box 660481
Dallas, TX 75266-0481


Fox Valley Wound Care Associates
1300 N. Highland Avenue
Suite 7
Aurora, IL 60506


Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC 29730

HealthLink, Inc
PO Box 6501
Carol Stream, IL 60197-6501


Hogan Lovells US LLP
555 Thirteen Street NW
Attn. Stuart Langbein
Attn. Sheree Kanner
Washington, DC 20004


Hogan Taylor LLC
11300 Cantrell Road
Suite, 301
Little Rock, AR 72212


Hollister Incorporated
72035 Eagle Way
Chicago, IL 60678-7250


Home Delivery Incontinent Supplies Co. I
9385 Dielman Industrial Drive
Olivette, MO 63132


Hydrofera, LLC
340 Progress Drive
Manchester, CT 06042


Intellicure, Inc.
2700 Research Forest Drive
Suite 100
The Woodlands, TX 77381


Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 7346
Philadelphia, PA 19101


JDP
Oxford One Centre
301 Grant Street; Suite 4300
Pittsburgh, PA 15219


KCI USA, INC
PO BOX 301557
DALLAS, TX 75303

KLM & Associates, LTC Consulting, LLC
2342 Umstead Rd
Durham, NC 27712


KLWK Properties LLC


LAMB HOLDING COMPANY, INC.
15 VALLEY CREEK VIEW
Little Rock, AR 72223


Lineage
5001 Northshore Lane
North Little Rock, AR 72118


Little Rock Landscape, Inc
9000 Construction Place
Little Rock, AR 72206


Manukamed USA, LLC
718 Thompson Lane
Suite 108-227
Nashville, TN 37204


Mastercard
PO Box 4512
Carol Stream, IL 60197-4512


McGriff Insurance Services
PO Box 890635
Charlotte, NC 28289-0635


McKesson Medical-Surgical
PO Box 204786
Dallas, TX 75320-4786


Medi USA, L.P.
P.O. Box 890107
Charlotte, NC 28289-0107


Medline Industries, Inc
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

Metlife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466

MPM Medical
1801 Big Town, Ste. 300
Mesquite, TX 75149

Mutual of Omaha
Payment Processing Center
PO Box 2147
Omaha, NE 68103-2147

Net Health Systems, Inc.
40 24th Street
5th Floor
Pittsburgh, PA 15222

Office Evolution
550 Congressional Blvd
Suite 115
Carmel, IN 46032

OSNovative Systems, Inc.
1056 Green Acres Road
102-538
Eugene, OR 97408

Piper Healthcare Associates LLC
118 Gray Road
Sanbornton, NH 03269

PlayMaker CRM, Inc
PO Box 679252
Dallas, TX 75267-9252

Precision Print Solutions
6200 Murray Street
Little Rock, AR 72209

Preferred Medical
PO Box 2138
Conway, AR 72033

Pulaski County Treasurer
P.O. Box 8101
Little Rock, AR 72203


Qlarant
14643 Dallas Pkwy
Suite 400
Dallas, TX 75254


Qlarant Integrity Solution LLC
14643 Dallas Pkwy
Suite 400
Attn. Rebuttal Suspension Dept
Dallas, TX 75254


Quadient Finance USA, Inc
PO Box 6813
Carol Stream, IL 60197-6813


Republic Services #858
PO Box 9001099
Louisville, KY 40290-1099


Rick Shand
6 Lost Rock Lane
North Oaks, MN 55127


Second Equity Lienholder


Sherman Heat, Air & Refrigeration Inc
14811 Highway 9
Benton, AR 72019


Shred-it Arkansas
28883 Network Place
Chicago, IL 60673-1288


SIGMA SUPPLY OF N.A., INC
PO BOX 20980
HOT SPRINGS, AR 71903


Sigvaris Inc
PO Box 2809
Peachtree City, GA 30269

```
Smith and Nephew
PO Box 205651
Dallas, TX 75320-5651


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Squire Patton Boggs (US) LLP
PO Box 643051
Cincinnati, OH 45264


Staples Advantage
PO Box 660409
Dallas, TX 75266-0409


Strategic Management Services, LLC
5911 Kingstowne Village Parkway
Suite 210
Alexandria, VA 22315


Suzanne S. Mitchell
619 E. 61st Street
Kansas City, MO 64110


TASC
C/O New Business Development
2302 International Lane
Madison, WI 53704-3140


TeleComp
5104 S. Pinnacle Hills Parkway
Rogers, AR 72758


Telecomp Holdings
5104 S. Pinnace Hills
Suite 200
Rogers, AR 72758


The Erickson Law Firm, LLC
1979 Rhettsbury Street
Carmel, IN 46032
```

Thyssenkrupp Elevator Corp.
PO Box 933004
Atlanta, GA 31193-3004


Tipton Hurst
P.O. Box 7329
Little Rock, AR 72217-7329


TwinMed LLC
PO Box 847340
Los Angeles, CA 90084-7340


United Medical Supply Company
708 Marks Road
Suite 308
Valley City, OH 44280


United States Attorney
c/o Cody Hiland
425 West Capitol, Suite 500
Little Rock, AR 72201


United States Attorney General
Robert F. Kennedy Building
950 Pennsylvania Avenue
Suite 5137
Washington, DC 20530


Urgo Medical North America
3801 Hulen Street
Suite 251
Fort Worth, TX 76107


US Attorney
c/o Cody Hiland
425 West Capitol, Suite 500
Little Rock, AR 72201


US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

US Centers for Medicare
and Medicaid Services
7500 Security Boulevard
Attn. Chiquita Brooks-LaSure
Windsor Mill, MD 21244

Utility Billing Services
PO Box 8100
Little Rock, AR 72203-8100

Utility Billing Services
PO Box 8100
Little Rock, AR 72203

Valley Ranch Skin Care, LLC
7003 Vallue Ranch Drive
Little Rock, AR 72223

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Westchester Surplus Ins. Co
11575 Great Oaks Way,
Suite 200
Alpharetta, GA 30022

Windstream Communications
PO Box 9001013
Louisville, KY 40290-1013

Wound Care Innovations, LLC
1200 Summit Ave
Ste 414
Fort Worth, TX 76102

Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293

YUKON CAPITAL PARALLEL II LP
8500 NORMANDALE LAKE BLVD
Suite 830
Minneapolis, MN 55437

```
YUKON CAPITAL PARTNERS 3(C)(7)
PARALLEL II, LLC
8500 NORMANDALE LAKE BLVD
Suite 8300
Minneapolis, MN 55437


YUKON CAPITAL PARTNERS II, LP
8500 NORMANDALE LAKE BLVD
Suite 830
Minneapolis, MN 55437


ZirMed, Inc.
1311 Solution Center
Chicago, IL 60677-1311
```

# United States Bankruptcy Court
### Eastern District of Arkansas

In re   **Advanced Tissue, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Advanced Tissue, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AT Buyer, Inc.
2720 E State Hwy 114
Southlake, TX 76092**

**AT Parent, LLC**

☐ None [*Check if applicable*]

**August 23, 2021**

Date

**/s/ Kevin P. Keech**

**Kevin P. Keech 98147**

Signature of Attorney or Litigant

Counsel for   **Advanced Tissue, LLC**

**Keech Law Firm, PA**

**2011 South Broadway
Little Rock, AR 72206
501 221 3200 Fax:501 221 3201
kkeech@keechlawfirm.com**