

## "AS IS" BILL OF SALE

In consideration of the terms of this "As Is" Bill of Sale and other good and valuable consideration, Advanced Tissue LLC, a Delaware limited liability company ("**Seller**") hereby conveys to Direct Medical Incorporated ("**Buyer**") on an AS IS, WHERE IS BASIS, the personal property described herein.

1.  **Purchase Price and Purchased Inventory**. Buyer shall pay Seller $85,000 (less any previously paid deposit) ("**Purchase Price**") for all of Buyer's right, title, and interest in any and all inventory described on **Exhibit A** ("**Purchased Inventory**"). The Purchase Price shall be paid via wire instructions on the day of execution of this "As Is" Bill of Sale and before Buyer is entitled to take title or delivery of any Purchased Inventory.

2.  **Delivery**. The Buyer hereby accepts delivery of the Purchased Inventory. The Seller shall have no further obligation to assemble or ship the Purchased Inventory, to tender documents, or otherwise take any action with respect to the delivery of the Purchased Inventory.

3.  **Exclusion of Representations and Warranties**. This sale is made on an AS IS, WHERE IS BASIS AND WITHOUT REPRESENTATIONS OR WARRANTIES OF ANY KIND. The Buyer acknowledges that the Seller is not a dealer in goods of this type, that the Seller does not have, or hold itself out as having, any knowledge or skill peculiar to the goods involved in this transaction, and that the Buyer has determined to purchase the Purchased Inventory upon the basis of the Buyer's own judgment, relying upon such inspection of the Purchased Inventory as the Buyer may have seen fit to make prior to the issuance of this "As Is" Bill of Sale. Accordingly, the Seller makes no affirmations, promises, representations or warranties, as to the Purchased Inventory or the condition, quality, quantity, status of title, suitability, existence, value, merchantability or fitness for a particular purpose or operating characteristics of the Purchased Inventory, as to any prior use of the Purchased Inventory, or any other matter whatsoever, and the Buyer assumes all risks as to the Purchased Inventory. The Seller specifically disclaims and excludes any warranty of merchantability and any warranty of fitness for a particular purpose.

4.  **Sales Taxes**. The Buyer will pay all sales, use and other taxes, if any, due in connection with, or as a result of, this sale.

5.  **Entire Agreement**. The Seller and Buyer acknowledge and agree that this "As Is" Bill of Sale constitutes the entire agreement of the parties; that there are no communications or oral understandings contrary, or that in any way restrict, this "As Is" Bill of Sale; and that all prior agreements or understandings are, upon the execution and delivery of this "As Is" Bill of Sale, superseded, null and void.

Dated: August ___, 2021          **Advanced Tissue LLC**
                                 By:_____
                                    Its:_____

ACCEPTED AND AGREED TO BY THE
BUYER:
**Direct Medical Incorporated**

By: _____
   Its: _____



# **EXHIBIT A**

## **"PURCHASED INVENTORY"**

**EXHIBIT A**

| Row Labels | Sum of TotalQty | Sum of Total Cost |
|---|---|---|
| **3M** | **3723** | **$10,567.96** |
|     Coban-2 Layer | 214 | $3,006.70 |
|     Kind Removal Silicone Tape (1"x5.5yds) | 80 | $261.00 |
|     Medipore H(1"x10yds) | 285 | $635.89 |
|     Medipore H(2"x10yds) | 246 | $1,097.78 |
|     Medipore H(4"x10yds) | 156 | $1,392.30 |
|     Medipore Plus Pad (3.5x4 (1.75x2.38)) | 786 | $476.71 |
|     Micropore (1"x10yds) | 130 | $149.00 |
|     Micropore (1/2"x10yds) | 626 | $740.27 |
|     Tega+ Pad Transparent Drg (2"x2.75") | 148 | $56.57 |
|     Tega+ Pad Transparent Drg (3.5"x6") | 49 | $71.58 |
|     Tegaderm Alginate HI (4x4) | 117 | $370.89 |
|     Tegaderm Foam (2x2) | 96 | $264.60 |
|     Tegaderm Foam (4x4) | 40 | $147.15 |
|     Tegaderm Foam Adhesive (3.5x3.5(2x2 pad)) | 139 | $403.10 |
|     Tegaderm Foam Adhesive (5.5x5.5(4x4 pad)) | 92 | $404.80 |
|     Tegaderm Mini Foam Adh (2.75x3(1.75x 2)) | 44 | $127.60 |
|     Tegaderm Silicone (4 x 4.25) | 178 | $489.50 |
|     Tegaderm Silicone Bordered (3x3 (1.5 x 1.5 pad)) | 43 | $143.41 |
|     Tegaderm Silicone Bordered (4x4 (2.375 x 2.375 pad) | 2 | $9.78 |
|     Tegaderm thin film (2.4x2.4) | 128 | $180.48 |
|     Tegaderm thin film (4x4) | 124 | $138.88 |
| **Amerx Health Care** | **56** | **$2,372.18** |
|     Amerigel (3oz) | 2 | $50.18 |
|     Extremit-Ease LG Reg (Lg Reg) | 6 | $258.00 |
|     Extremit-Ease LG Tall (LG Tall) | 6 | $258.00 |
|     Extremit-Ease MED Reg (Med Reg) | 8 | $344.00 |
|     Extremit-Ease MED Tall (MED Tall) | 5 | $215.00 |
|     Extremit-Ease SM Reg (SM Reg) | 5 | $215.00 |
|     Extremit-Ease SM Tall (SM Tall) | 2 | $86.00 |
|     Extremit-Ease XL Reg (XL Reg) | 6 | $258.00 |
|     Extremit-Ease XL Tall (XL Tall) | 4 | $172.00 |
|     Extremit-Ease XS Reg (XS Reg) | 5 | $215.00 |
|     Extremit-Ease XS Tall (XS Tall) | 7 | $301.00 |
| **Anacapa Technologies, Inc** | **7** | **$137.57** |
|     Anasept (3oz) | 7 | $137.57 |
| **Aroa** | **1053** | **$10,959.38** |
|     Endoform (2x2) | 361 | $3,992.66 |
|     Endoform AMD (2x2) | 141 | $1,559.46 |
|     Endoform AMD Fenestrated (2x2) | 163 | $1,802.78 |
|     Endoform AMD High Flow Disc (1x1) | 150 | $1,149.00 |
|     Endoform Fenestrated (2x2) | 186 | $2,057.16 |

| Item | Qty | Amount |
|---|---|---|
| Endoform Natural High Flow Disc (1x1) | 52 | $398.32 |
| **BiaCare** | **59** | **$3,068.00** |
| BiaCare CompreFLEX LITE (Large) | 10 | $520.00 |
| Biacare CompreFLEX LITE (Medium) | 13 | $676.00 |
| Biacare CompreFLEX LITE (Small) | 14 | $728.00 |
| BiaCare CompreFLEX LITE (X-Large) | 9 | $468.00 |
| BiaCare CompreFLEX LITE Tall (lrg-Tall) | 9 | $468.00 |
| Biacare CompreFLEX LITE Tall (med-tall) | 4 | $208.00 |
| **Boa Vida** | **98** | **$401.99** |
| Anti-fungal Cream (4oz) | 9 | $25.63 |
| Calvida (4oz) | 14 | $67.06 |
| Canopy (4oz) | 26 | $135.46 |
| Foaming Cleanser (6oz) | 15 | $53.70 |
| Recovery Creme (4oz) | 24 | $73.44 |
| Skin Cleansing Creme (8oz) | 10 | $46.70 |
| **BSN Medical, Inc.** | **2355** | **$28,561.72** |
| Cutimed Epiona (2x2in) | 350 | $3,459.40 |
| Cutimed Epiona (4x4in) | 132 | $2,873.64 |
| Cutimed Epiona (8x8in) | 69 | $5,025.13 |
| Cutimed Siltec Plus (8x8in) | 75 | $683.25 |
| Cutimed Siltec Sorbact (3x3 (1.5x1.5 pad)) | 107 | $720.11 |
| Cutimed Siltec Sorbact (5x5 (3.25x3.25 pad)) | 87 | $1,080.25 |
| Cutimed Sorbact Absorb (4x4) | 245 | $1,855.14 |
| Cutimed Sorbact Hydroactive B (2.75x3.35) | 55 | $465.08 |
| Cutimed Sorbact Hydroactive B bord (5.5x5.5 (3.9x3 | 133 | $2,003.74 |
| Cutimed Sorbact Swabs (2.75 x3.5) | 96 | $525.31 |
| Sorbion Sachet Border (4x4(3x3 pad)) | 466 | $2,994.52 |
| Sorbion Sachet Border (6x6(4x4 pad)) | 115 | $815.81 |
| Sorbion Sachet S (3x3) | 270 | $1,514.70 |
| Sorbion Sachet S (8x4) | 80 | $1,021.04 |
| UlcerCare Compress Stock (2X-Large-Beige) | 5 | $234.20 |
| UlcerCare Compress Stock (2X-Large-Black) | 4 | $192.00 |
| UlcerCare Compress Stock (3X-Large-Beige) | 9 | $421.56 |
| UlcerCare Compress Stock (3X-Large-Black) | 4 | $187.36 |
| UlcerCare Compress Stock (4X-Large-Beige) | 3 | $140.52 |
| UlcerCare Compress Stock (4X-Large-Black) | 6 | $281.04 |
| UlcerCare Compress Stock (Large-Beige) | 8 | $374.72 |
| UlcerCare Compress Stock (Large-Black) | 5 | $234.20 |
| UlcerCare Compress Stock (Medium-Beige) | 5 | $234.20 |
| UlcerCare Compress Stock (Medium-Black) | 6 | $281.04 |
| UlcerCare Compress Stock (Small-Beige) | 4 | $187.36 |
| UlcerCare Compress Stock (Small-Black) | 8 | $374.72 |
| UlcerCare Compress Stock (X-Large-Beige) | 5 | $234.20 |
| UlcerCare Compress Stock (X-Large-Black) | 3 | $147.48 |


| Item | Qty | Amount |
|---|---|---|
| **Carolon** | **111** | **$3,996.00** |
| Carolon Short Stocking/ClassII (A Sht Beige) | 2 | $72.00 |
| Carolon Short Stocking/ClassII (A Sht Black) | 4 | $144.00 |
| Carolon Short Stocking/ClassII (B Sht Beige) | 3 | $108.00 |
| Carolon Short Stocking/ClassII (B Sht Black) | 5 | $180.00 |
| Carolon Short Stocking/ClassII (C Sht Beige) | 3 | $108.00 |
| Carolon Short Stocking/ClassII (C Sht Black) | 6 | $216.00 |
| Carolon Short Stocking/ClassII (D Sht Black) | 5 | $180.00 |
| Carolon Short Stocking/ClassII (E Sht Beige) | 5 | $180.00 |
| Carolon Short Stocking/ClassII (E Sht Black) | 6 | $216.00 |
| Carolon Short Stocking/ClassII (F Sht Beige) | 4 | $144.00 |
| Carolon Short Stocking/ClassII (G Sht Beige) | 5 | $180.00 |
| Carolon Stocking/Class II (Size A/Beige) | 4 | $144.00 |
| Carolon Stocking/Class II (Size A/Black) | 7 | $252.00 |
| Carolon Stocking/Class II (Size B/Beige) | 5 | $180.00 |
| Carolon Stocking/Class II (Size B/Black) | 3 | $108.00 |
| Carolon Stocking/Class II (Size C/Beige) | 8 | $288.00 |
| Carolon Stocking/Class II (Size C/Black) | 5 | $180.00 |
| Carolon Stocking/Class II (Size D/Beige) | 6 | $216.00 |
| Carolon Stocking/Class II (Size D/Black) | 5 | $180.00 |
| Carolon Stocking/Class II (Size E/Beige) | 5 | $180.00 |
| Carolon Stocking/Class II (Size E/Black) | 6 | $216.00 |
| Carolon Stocking/Class II (Size F/Beige) | 3 | $108.00 |
| Carolon Stocking/Class II (Size G/Beige) | 6 | $216.00 |
| **Coloplast** | **194** | **$1,216.60** |
| Biatain (4x4) | 38 | $142.88 |
| Biatain (6x6) | 4 | $27.05 |
| Biatain Adhesive (4x4 (2.5x2.5 pad)) | 6 | $24.06 |
| Biatain Silicone Adhesive (3x3(1.5 x 1.5 pad)) | 7 | $25.06 |
| Biatain Silicone Adhesive (4x4(2x2 pad)) | 6 | $28.36 |
| Biatain(Seasorb) AG (2x2) | 2 | $4.98 |
| Biatain(Seasorb) AG (6x6) | 7 | $111.69 |
| Biatain(Seasorb) Alginate (2x2) | 8 | $12.36 |
| Biatain(Seasorb) Alginate (4x4) | 2 | $6.95 |
| Biatain(Seasorb) Alginate (6x6) | 9 | $78.65 |
| Collagen Hydrogel Wnd Drsg (3oz ) | 12 | $147.82 |
| Comfeel Plus Clear (2x2.75) | 18 | $30.47 |
| Comfeel Plus Ulcer (1.5x2.5) | 44 | $58.08 |
| Triad Hydrocolloid Paste (6oz) | 31 | $518.19 |
| **ConvaTec** | **8563** | **$65,318.94** |
| Aquacel AG Advantage (2x2) | 1960 | $14,782.32 |
| Aquacel AG Advantage (4x5) | 678 | $10,098.81 |
| Aquacel AG Advantage Rope (.39"x18") | 104 | $1,780.90 |
| Aquacel AG Foam Non-Adh (4x4) | 120 | $1,226.40 |

| Item | Qty | Amount |
|---|---:|---:|
| Aquacel Extra (2x2) | 1231 | $4,942.47 |
| Aquacel Extra (4x5) | 198 | $1,366.99 |
| Aquacel foam drsg adhesive (5x5(3.3x3.3 pad)) | 270 | $1,908.90 |
| Aquacel Foam non ad (4x4) | 102 | $579.16 |
| Aquacel Foam non adh (6x6) | 160 | $2,059.20 |
| Aquacel Rope (3/4"x18") | 75 | $737.10 |
| Carboflex (3x6) | 130 | $1,096.16 |
| Carboflex (4x4) | 174 | $1,209.30 |
| ConvaMax Superabsorber (4x4) | 615 | $3,690.00 |
| ConvaMax Superabsorber (4x8) | 290 | $3,886.00 |
| ConvaMax Superabsorber (6x8) | 184 | $2,815.20 |
| ConvaMax Superabsorber Border (4x4(2x2 pad)) | 300 | $3,000.00 |
| Duoderm CGF-Thick (4x4) | 173 | $1,023.47 |
| Duoderm Gel (1oz) | 30 | $202.10 |
| Duoderm Signal (5.25x5.25) | 144 | $1,249.34 |
| Duoderm Signal Sacral (8x9) | 61 | $992.59 |
| Duoderm X-Thin (1.9x3.8) | 122 | $377.59 |
| Duoderm X-Thin (3x3) | 202 | $741.14 |
| Kaltostat (2x2) | 208 | $868.40 |
| Kaltostat (4x4) | 200 | $1,385.60 |
| Surepress Cast Pad. (4"x3.2yds) | 660 | $938.25 |
| SurePress Hi Comp Band (4"x3.2yds) | 172 | $2,361.56 |
| **Covidien** | **9485** | **$5,202.69** |
| ABD Pads (7.5x8) | 175 | $33.25 |
| AMD Pkg Strips (1/2"x 1yd) | 25 | $18.25 |
| AMD Pkg Strips (1/4"x1yd) | 14 | $9.94 |
| AMD Super Sponge (6x6) | 162 | $223.56 |
| AMD Telfa (3x4) | 29 | $4.93 |
| Clear Tape (1"x10yds) | 144 | $80.64 |
| Clear Tape (2"x10yds) | 19 | $21.28 |
| Copa (2x2) | 95 | $97.85 |
| Copa (4x4) | 255 | $568.65 |
| Copa (8x8) | 37 | $252.34 |
| Gauze (2x2) | 3788 | $151.52 |
| Gauze AMD (2x2) | 1231 | $86.17 |
| Kerlix Roll Gauze (4.5"x4.1yds) | 15 | $1,305.00 |
| KERLIX Wrap (3"x3.6yds) | 300 | $228.00 |
| Non-Adhering (3x3) | 713 | $204.99 |
| Non-Adhering (5x9) | 49 | $59.78 |
| Telfa Island (4x5(2x3 )) | 254 | $190.50 |
| Telfa Pads (3x8) | 484 | $72.60 |
| Tenderfix (2"x10yds) | 26 | $129.22 |
| Tenderfix (4"x10yds) | 32 | $211.20 |
| Vaseline Gauze (1x8) | 306 | $146.88 |

| Item | Qty | Amount |
|---|---:|---:|
| Vaseline Gauze (3x18) | 38 | $24.70 |
| Vaseline Gauze (3x36) | 86 | $81.70 |
| Vaseline Gauze (3x9) | 204 | $118.32 |
| Xeroform non-occl oil emul (2x2) | 189 | $129.77 |
| Xeroform non-occl oil emul (5x9) | 61 | $114.94 |
| Xeroform petro occlusive (4x4) | 312 | $309.63 |
| Xeroform petro occlusive (5x9) | 442 | $327.08 |
| **Dermarite** | **4949** | **$8,517.05** |
| Bordered Gauze Absorbent (4x4(2x2)) | 1250 | $164.13 |
| ComfortFoam Border (3x3(1.75x1.75pad)) | 151 | $114.76 |
| ComfortFoam Border (4x4(2.6x2.6pad)) | 147 | $171.99 |
| ComfortFoam Border (6x6(4x4pad)) | 242 | $587.82 |
| DermaBlue + Foam RTD (4x5) | 39 | $295.62 |
| DermaBlue + Foam Transfer RTD (2x2) | 120 | $609.60 |
| DermaBlue + Foam Transfer RTD (4x5) | 38 | $337.06 |
| DermaCol (2x2) | 376 | $1,112.96 |
| DermaCol (4x4) | 174 | $1,143.18 |
| DermaCol AG (2x2) | 68 | $308.11 |
| DermaCol AG (4x4) | 76 | $570.18 |
| DermaFilm HD (4x4) | 16 | $21.90 |
| DermaFilm Sacral (6x7(5x6)) | 46 | $260.73 |
| DermaFilm Thin w/Border (4x4(3x3)) | 31 | $40.18 |
| DermaFilm X-Thin Clear /Grid (4x4) | 31 | $43.56 |
| DermaFoam (2x2) | 82 | $14.76 |
| DermaFoam (4x4.25) | 60 | $39.45 |
| DermaFoam (6x6) | 182 | $271.82 |
| DermaGauze (2x2) | 7 | $3.64 |
| DermaGauze (4x4) | 157 | $133.97 |
| DermaGinate (2x2) | 346 | $121.10 |
| DermaGinate (4.25x4.25) | 104 | $54.29 |
| DermaGinate AG (2x2) | 135 | $177.26 |
| DermaGinate AG (4x5) | 250 | $755.25 |
| DermaGinate Rope (1"x12") | 110 | $116.82 |
| DermaLevin Adhesive (4x4(2x2pad)) | 119 | $64.26 |
| DermaLevin Adhesive (6x6(4x4pad)) | 150 | $189.00 |
| DermaSyn (3oz) | 44 | $103.66 |
| DermaSyn AG (1.5oz) | 13 | $153.53 |
| Foam Bord Drsg-Dermarite (4x4(2x2pad)) | 85 | $45.90 |
| Foam Bord Drsg-Dermarite (6x6(4x4pad)) | 48 | $60.48 |
| HydraFoam (2x2) | 153 | $41.31 |
| HydraFoam (4x4.25) | 69 | $40.77 |
| RiteFix (4"x11yds) | 23 | $53.82 |
| SilvaKollagen Gel (1.5 oz(42 gm)) | 7 | $294.21 |
| **DermaSciences** | **1541** | **$2,362.60** |

| Item | Qty | Price |
|---|---:|---:|
| Compdress bordered gauze (6x 6(4-7/8x4-7/8)) | 175 | $78.75 |
| Dermagran (2x2) | 37 | $66.97 |
| MediHoney Non-Adhesive (2.4x2.4) | 227 | $743.65 |
| MediHoney Non-Adhesive (4.3x4.3in) | 33 | $240.37 |
| Pak-Its (1/4"x5yds) | 11 | $29.15 |
| Primer-Unna Boot (4"x10yds) | 9 | $83.25 |
| Xeroform petro occlusive (2x2) | 871 | $592.28 |
| Xtrasorb classic (4x5) | 125 | $281.25 |
| Xtrasorb Classic (6x9) | 53 | $246.93 |
| **DeRoyal** | **636** | **$1,728.95** |
| Algidex AG foam (4x5) | 66 | $559.11 |
| Algidex AG Pkg Gz (1/2"x5yds) | 11 | $80.52 |
| SofSorb (4x6) | 348 | $429.85 |
| SofSorb (6x9) | 139 | $255.32 |
| Unna Boot (3"x10yds) | 72 | $404.16 |
| **Dukal** | **234** | **$418.46** |
| Cohesive Wrap-Blue (4x5yds) | 127 | $227.11 |
| Cohesive Wrap-Purple (4x5yds) | 107 | $191.35 |
| **Dynarex** | **3545** | **$300.67** |
| Band Aid Sheer 1"x3" | 2700 | $54.00 |
| Conforming Stretch Gauze Bandage (2"x4.1yds) | 628 | $118.57 |
| Dynarex Sensi-Wrap 1" x 5 yds Tan | 217 | $128.10 |
| **Essity** | **101** | **$928.82** |
| Hypafix (2"x10yds) | 50 | $337.60 |
| Hypafix (4"x10yds) | 51 | $591.22 |
| **Farrow Medical Innovations** | **50** | **$1,950.00** |
| Farrow Wrap Basic-LR (Large Regular) | 9 | $351.00 |
| Farrow Wrap Basic-LT (Large Tall) | 5 | $195.00 |
| Farrow Wrap Basic-MR (Medium Regular) | 8 | $312.00 |
| Farrow Wrap Basic-MT (Medium Tall) | 5 | $195.00 |
| Farrow Wrap Basic-SR (Small Regular) | 5 | $195.00 |
| Farrow Wrap Basic-ST (Small Tall) | 5 | $195.00 |
| Farrow Wrap Basic-X-SR (X-Small Regular) | 5 | $195.00 |
| Farrow Wrap Basic-X-ST (X-Small Tall) | 8 | $312.00 |
| **Ferris** | **568** | **$3,875.78** |
| Polymem (3X3) | 27 | $87.48 |
| Polymem (5X5) | 8 | $61.36 |
| Polymem (6.5x7.5) | 29 | $321.03 |
| Polymem Adhesive Cloth Strip (1x3(1x1 pad)) | 124 | $172.76 |
| Polymem Adhesive Cloth Strip (2x4(1.5x2pad)) | 142 | $356.42 |
| Polymem Border (4x5(2x3pad)) | 31 | $134.23 |
| Polymem Dot (2x2(1x1 pad)) | 14 | $21.14 |
| Polymem Finger/Toe Drsg #3 (2.6x3-#3) | 11 | $38.28 |
| Polymem Max Silver (4x4) | 47 | $224.72 |

| Item | Qty | Amount |
|---|---:|---:|
| Polymem Max Silver (8x8) | 8 | $145.20 |
| Polymem Silver (1.8x1.8) | 16 | $31.76 |
| Polymem Silver (4.25x12.5) | 74 | $1,665.00 |
| Polymem Silver (4.25x4.25) | 7 | $71.40 |
| Polymem Silver (6.5x7.5) | 30 | $545.00 |
| **Hartmann USA** | **38806** | **$40,143.57** |
| ColActive Plus Ag (2x2) | 422 | $1,899.00 |
| ColActive Plus AG (4x4) | 214 | $2,166.75 |
| ColActive Plus AG (7x7) | 122 | $5,368.00 |
| ColActive Plus Matrix (2x2) | 54 | $151.20 |
| ColActive Plus Matrix (4x4) | 212 | $1,643.00 |
| CO-LASTIC LF Wrap (4"x4.1yds) | 1757 | $1,694.46 |
| CONCO CONFORM Wrap (3"x4.1yds) | 1106 | $225.29 |
| CONCO CONFORM Wrap (4"x4.1yds) | 2310 | $492.49 |
| Cosmopor (4x4(2.2x2.2)) | 476 | $124.71 |
| Cosmopor (6x6(4x4)) | 496 | $161.70 |
| Econo-Paste-Calamine-Unna Boot (4"x10yds) | 62 | $228.67 |
| Econo-Paste-Unna Boot (4"x10yds) | 81 | $221.80 |
| Eze-Band LF Wrap (6"x5.5yds) | 185 | $216.45 |
| EZE-BAND Wrap (3"x5yds) | 437 | $380.19 |
| Flexicol (2x2) | 132 | $98.14 |
| Flexicol (4x4) | 269 | $552.18 |
| Flexicol Sacral (6x7) | 42 | $359.10 |
| Hydrofilm (2.4x2.75) | 100 | $20.59 |
| Hydrofilm (4x6) | 68 | $33.71 |
| Omnifix Elastic (2"x11yds) | 197 | $247.49 |
| Omnifix Elastic (4"x11yds) | 123 | $277.60 |
| Proximel AG Border (3x3(1.75x1.75)) | 172 | $533.20 |
| Proximel AG Border (4x4(2.5x2.5)) | 107 | $406.60 |
| Proximel Basic Border (4x4(2.4x2.4)) | 203 | $182.70 |
| Proximel Basic Non-Border (2x2) | 11 | $9.35 |
| Proximel Basic Non-Border (4x4) | 116 | $213.09 |
| Proximel Border (3x3(1.75x1.75)) | 218 | $294.30 |
| Proximel Border (4x4(2.5x2.5)) | 243 | $434.97 |
| Proximel Border Sacrum Small (7x6.89(5x4.8)) | 143 | $732.16 |
| Proximel Non-Border (4x4) | 20 | $37.00 |
| Proximel Non-Border Heel (5x8) | 37 | $173.24 |
| Sorbalgon (2x2) | 384 | $268.80 |
| Sorbalgon (4x4) | 462 | $660.66 |
| Sorbalgon AG (2x2) | 18 | $37.26 |
| Sorbalgon AG (4x4) | 131 | $393.00 |
| Sorbalgon AG (6x6) | 173 | $1,377.08 |
| Sorbalgon AG Rope-2 (1"x12') | 52 | $328.74 |
| Sorbalux ABD Pads (5x9) | 5333 | $429.31 |

| Item | Qty | Amount |
|---|---:|---:|
| Sorbalux ABD Pads (8x10) | 947 | $120.55 |
| STERILUX (2x2) | 2685 | $72.85 |
| Sterilux (4x4) | 10162 | $712.34 |
| Sterilux AMD Wrap (4.5"x4.1yds) | 1339 | $1,673.75 |
| Sterilux Bulky Gauze (4.5"x4.1yds) | 3150 | $1,426.95 |
| TwoPress 2 (4") | 233 | $2,067.88 |
| Zetuvit Plus (4x4) | 265 | $580.35 |
| Zetuvit Plus (4x8) | 616 | $1,811.04 |
| Zetuvit Plus (6x8) | 312 | $1,073.28 |
| Zetuvit Plus Silicone (3x3) | 530 | $1,086.50 |
| Zetuvit Plus Silicone (4x8) | 420 | $2,109.66 |
| Zetuvit Plus Silicone (5x5) | 168 | $481.99 |
| Zetuvit Plus Silicone Border (4x4(2x2)) | 498 | $986.04 |
| Zetuvit Plus Silicone Border (5x5(2.75x2.75)) | 415 | $954.50 |
| Zetuvit Plus Silicone Border (6x10(3.5x7.5)) | 73 | $386.90 |
| Zetuvit Plus Silicone Border (7x7(4.5x4.5)) | 305 | $1,525.00 |
| **Hollister** | **1410** | **$3,107.45** |
| Calcicare Cal Alg Silver (Restore) (2x2) | 496 | $868.00 |
| CalciCare Cal Alg Silver (Restore) (4x4.75) | 121 | $544.50 |
| CalciCare Calcium Alginate (4x4.75) | 352 | $1,056.00 |
| Calcicare Calcium Alginate (Restore) (2x2) | 326 | $326.00 |
| Restore Hydrocolloid (4x4) | 115 | $312.95 |
| **Hydrofera, LLC** | **2623** | **$15,830.18** |
| Hydrofera Blue (2x2) | 643 | $2,218.35 |
| Hydrofera Blue (4x4) | 514 | $2,282.16 |
| Hydrofera Blue (6x6) | 179 | $1,879.50 |
| Hydrofera Blue Ready (2.5x2.5) | 538 | $2,286.50 |
| Hydrofera Blue Ready (4x5) | 177 | $1,309.80 |
| Hydrofera Blue Ready Border 4x4 (2.5x2.5 pad) | 199 | $1,542.25 |
| Hydrofera Blue Ready Transfer (4x5) | 220 | $1,628.00 |
| Hydrofera Blue Ready Transfer (8x8) | 153 | $2,683.62 |
| **KCI** | **8480** | **$37,909.03** |
| Adaptic*Dressing (3x16) | 56 | $82.88 |
| Adaptic*Dressing (3x3) | 2345 | $1,008.35 |
| Adaptic*Dressing (3x8) | 368 | $379.04 |
| Fibracol*Plus (2X2) | 9 | $31.29 |
| Fibracol*Plus Rope (3/8 x 15.75") | 50 | $465.00 |
| KerraCel (2x2) | 437 | $3,276.54 |
| KerraCel AG (2x2) | 117 | $535.86 |
| KerraCel AG (4x5) | 73 | $622.69 |
| KerraCel AG Rope (.75x12) | 131 | $858.05 |
| KerraMax Care (4x4) | 979 | $2,682.46 |
| KerraMax Care Gentle Border (4x4(1.5x1.5)) | 283 | $882.96 |
| KerraMax Care Gentle Border (6x10(3x7)) | 202 | $1,521.06 |

**EXHIBIT A**

| Item | Qty | Amount |
|---|---:|---:|
| KerraMax Care Gentle Border (6x6(3x3)) | 302 | $1,506.98 |
| KerraMax Care Gentle Border (8x8(4.5x4.5)) | 148 | $951.64 |
| Prisma*Matrix (2x2) | 531 | $5,363.63 |
| Promogran*Matrix (2X2) | 933 | $8,133.89 |
| Silvercel Non-Adherent (2x2) | 758 | $2,114.82 |
| Silvercel Non-Adherent (4.25x4.25) | 313 | $3,042.36 |
| Silvercel Non-Adherent Rope (1"x12") | 71 | $567.29 |
| Silvercel Rope | 83 | $612.54 |
| Silvercel*Dressing (4.25x4.25) | 156 | $1,404.00 |
| Silvercel*Dressing (4x8) | 135 | $1,865.70 |
| **Manukamed USA, LLC** | **844** | **$3,250.38** |
| ManukaHD Super Lite (2x2) | 643 | $2,155.34 |
| ManukaHD Super Lite (4x5) | 201 | $1,095.05 |
| **mediUSA** | **147** | **$6,296.42** |
| Juxta-Lite Compression (Lrg Full Calf Long) | 9 | $396.00 |
| Juxta-Lite Compression (Med Full Calf Long) | 10 | $440.00 |
| Juxta-Lite Compression (Med Full Calf-Short) | 7 | $308.00 |
| Juxta-Lite Long Compression (Lrg-Long) | 2 | $88.00 |
| Juxta-Lite Long Compression (Medium-Long) | 11 | $484.00 |
| Juxta-Lite Long Compression (Small-Long) | 9 | $396.00 |
| Juxta-Lite Long Compression (X-Lrg Full Calf-Long) | 6 | $264.00 |
| Juxta-Lite Long Compression (X-Lrg-Long) | 6 | $264.00 |
| Juxta-Lite Long Compression (XX-Lrg-Long) | 11 | $484.00 |
| Juxta-Lite Short Compression (Lrg Full Calf-Short) | 12 | $528.00 |
| Juxta-Lite Short Compression (Lrg-Short) | 4 | $176.00 |
| Juxta-Lite Short Compression (Medium-Short) | 6 | $264.00 |
| Juxta-Lite Short Compression (Small-Short) | 5 | $220.00 |
| Juxta-Lite Short Compression (X-Lrg Full Calf-Shor | 10 | $440.00 |
| Juxta-Lite Short Compression (X-Lrg-Short) | 8 | $352.00 |
| Juxta-Lite Short Compression (XX-Lrg-Short) | 8 | $352.00 |
| Mediven Dual Layer 30-40mm Lrg (large) | 4 | $146.16 |
| Mediven Dual Layer 30-40mm Med (medium) | 4 | $146.16 |
| Mediven Dual Layer 30-40mm Sm (small) | 6 | $219.24 |
| Mediven Dual Layer 30-40mm XLrg (x-large) | 4 | $146.16 |
| Mediven Dual Layer 30-40mm XXLrg (xx-large) | 5 | $182.70 |
| **Medline** | **16265** | **$41,042.97** |
| Avant Gauze (4x4) | 3779 | $156.84 |
| Derma-Gel (4x4) | 85 | $474.04 |
| Exuderm LP (4x4) | 171 | $419.98 |
| Exuderm LP (6x6) | 36 | $326.02 |
| Exuderm Odorshield Sacrum (4x3.6) | 163 | $940.51 |
| Hy-Tape (1"x5yds) | 35 | $140.97 |
| IoPlex (4x5) | 88 | $1,394.80 |
| Maxorb Extra (2x2) | 1483 | $3,718.92 |

| Item | Qty | Amount |
|---|---:|---:|
| Maxorb Extra (4x4) | 829 | $2,578.19 |
| Maxorb Extra AG (2x2) | 618 | $2,317.50 |
| Maxorb Extra AG (4x4.7) | 166 | $1,245.00 |
| Maxorb Extra AG Rope (1"x12") | 46 | $264.28 |
| Medfix (2"x11yds) | 70 | $322.00 |
| Medfix (4"x11yds) | 88 | $904.64 |
| Medline Bordered Gauze (4x4(2.5x2.5)) | 2743 | $1,213.79 |
| Medline Bordered Gauze (6x6(4x4)) | 1034 | $631.77 |
| Opticell AG (4x5in) | 107 | $880.89 |
| Optifoam (4x4) | 411 | $1,194.98 |
| Optifoam (6x6) | 49 | $280.00 |
| Optifoam AG (4x4) | 155 | $685.10 |
| Optifoam Bordered (4x4(2.5x2.5pad)) | 296 | $1,010.34 |
| Optifoam Gentle Border (3x3(1.5x1.5 pad)) | 179 | $369.53 |
| Optifoam Gentle Border (4x4(2.5x2.5pad)) | 295 | $848.92 |
| Optilock (5x5.5) | 473 | $922.07 |
| Puracol AG (8x8) | 59 | $3,794.68 |
| Puracol (2x2) | 681 | $1,743.36 |
| Puracol Plus AG (2X2.2) | 1313 | $8,677.35 |
| Qwick (2x2) | 148 | $776.23 |
| Qwick (4x4.25) | 208 | $1,607.38 |
| SilvaSorb Gel (3 oz) | 12 | $264.01 |
| Skintegrity (2x2) | 130 | $120.04 |
| Skintegrity (4x4) | 156 | $507.00 |
| Skintegrity Gel (1oz ) | 68 | $89.46 |
| Stratasorb (4x4 (2.5 x 2)in) | 63 | $53.55 |
| Sureprep Wipes | 28 | $168.84 |
| **Milliken** | **56** | **$277.20** |
| AFM Ag Tritec Silver (4x5) | 56 | $277.20 |
| **Molnlycke** | **4102** | **$14,702.89** |
| Exufiber AG+ (2x2) | 16 | $61.06 |
| Melgisorb AG (2x2) | 118 | $209.54 |
| Melgisorb Plus (2x2) | 132 | $130.40 |
| Melgisorb Plus (4x4) | 146 | $271.68 |
| Melgisorb Plus Rope (1 1/4"x17.7") | 76 | $159.60 |
| Mepilex (4x4) | 280 | $756.13 |
| Mepilex (4x5) | 24 | $91.89 |
| Mepilex (6x6) | 75 | $400.29 |
| Mepilex AG (4x5) | 270 | $3,428.94 |
| Mepilex Border (3x3(1.75x1.75 pad)) | 457 | $1,122.08 |
| Mepilex Border (4x4(2.5x2.5 pad)) | 309 | $1,219.93 |
| Mepilex Border Flex (4x4(2.5x2.5 pad)) | 256 | $925.64 |
| Mepilex Border Lite (2x1.6(.75x1.25)) | 49 | $56.28 |
| Mepilex Border Lite (3x3(1.75x1.75 pad)) | 167 | $256.75 |

**EXHIBIT A**

| Item | Qty | Amount |
|---|---:|---:|
| Mepilex Heel (5.2x8) | 32 | $266.41 |
| Mepilex Lite (2.4x3.4) | 33 | $58.08 |
| Mepilex Lite (4x4) | 105 | $206.93 |
| Mepilex Lite (6x6) | 136 | $522.84 |
| Mepilex Transfer (6x8) | 122 | $622.63 |
| Mepitel (3x4) | 371 | $2,237.13 |
| Mesalt Ribbon (3/4"x1.1yd) | 247 | $660.53 |
| Mesalt Sheet (2x2) | 274 | $188.21 |
| Tubigrip Size B (2.5" x 1yd) | 256 | $487.45 |
| Tubigrip Size D (3" x 1yd) | 102 | $235.45 |
| Tubigrip Size E (3.5" x 1yd) | 47 | $121.45 |
| Tubigrip Size F (4" x 1yd) | 2 | $5.58 |
| **MPM Medical** | **2934** | **$14,173.14** |
| Cool Magic Gel Sheet (3 3/4X 3 3/4) | 52 | $148.20 |
| Dermagran Wound Cleanser (4oz) | 141 | $274.95 |
| DryMax Blue Bord (4x4 (2.25 x 3.25)) | 32 | $96.00 |
| DryMax Blue Bord (6x6 (4 x4.5)) | 166 | $664.00 |
| DryMax Extra (4x4in) | 281 | $632.25 |
| DryMax Extra (4x8in) | 44 | $134.20 |
| Excel SAP Silicone Bordered (4x4(2.4 x 2.4 pad)) | 155 | $286.75 |
| Excel SAP Silicone Bordered (6x7 (4 x 5 pad)) | 70 | $245.00 |
| Excel Super Absorbent Silicone (4x4 (3x3)) | 88 | $110.00 |
| Excel Super Absorbent Silicone (6x6 (4.7x4.7)) | 117 | $292.50 |
| ExcelGinate AG (4X4.75) | 68 | $340.00 |
| ExcelGinate AG Plus (4x4) | 181 | $543.00 |
| ExcelGinate AG Rope (.75 x 12") | 140 | $840.00 |
| Foam Bordered-MPM (4x4(2x2 pad)) | 89 | $116.59 |
| MPM Excel-Gel 1 oz | 132 | $198.00 |
| NOTraum Extra Silicone Bord (4x4(2x2)pad) | 187 | $430.10 |
| NOTraum Extra Silicone Bord (6x6(4x4)pad) | 138 | $579.60 |
| NoTraum Silicone AG (4 x 4) | 135 | $398.25 |
| NoTraum Silicone AG (6 x 6) | 200 | $1,350.00 |
| SilverMed Hydrogel (3oz) | 12 | $252.00 |
| Triple Helix (10 gr) | 33 | $2,145.00 |
| Triple Helix Collagen Dressing (2x2) | 261 | $1,761.75 |
| Triple Helix Sheet (7x7in) | 25 | $1,450.00 |
| Vacutex Alginate (4x4 in) | 76 | $247.00 |
| Vacutex Alginate (4x8 in) | 100 | $605.00 |
| Wound Cleanser (8oz) | 11 | $33.00 |
| **Osnovation Systems, Inc** | **151** | **$726.31** |
| Enluxtra (4x4) | 151 | $726.31 |
| **Pro Advantage** | **201** | **$108.87** |
| Paper Tape (1"x10yds) | 111 | $41.07 |
| Paper Tape (2"x10yds) | 90 | $67.80 |

| | | | |
|---|---|---:|---:|
| **Smith and Nephew** | | **9035** | **$31,626.86** |
| | Algisite M (2x2) | 419 | $759.65 |
| | Algisite M (4x4) | 6 | $17.02 |
| | Algisite M Rope (3/4"x12") | 166 | $496.34 |
| | Allevyn (2x2) | 126 | $248.19 |
| | Allevyn (4x4) | 99 | $282.25 |
| | Allevyn (6x6) | 90 | $595.40 |
| | Allevyn Adhesive (3x3(2x2pad)) | 187 | $427.30 |
| | Allevyn Adhesive (5x5(4x4 pad)) | 50 | $153.40 |
| | Allevyn AG (2x2) | 141 | $571.61 |
| | Allevyn AG Adhesive (3x3[2x2pad]) | 63 | $280.92 |
| | Allevyn Gentle Bord (5x5[4x4 pad]) | 116 | $355.89 |
| | Allevyn Heel (4x6) | 39 | $338.99 |
| | Allevyn Life Adhesive (4 x4(2 x 2pad)) | 146 | $351.90 |
| | Allevyn Life Adhesive (5 1/16 x 5 1/16 (3 x 3 pad) | 140 | $430.78 |
| | Allevyn Life Adhesive 6 1/16x 6 1/16(4x4) | 34 | $122.92 |
| | Allevyn Life Sacrum (6.75 x 6.9(4.9x3.3)) | 437 | $2,919.22 |
| | BIOSTEP AG (2x2) | 418 | $3,508.27 |
| | BIOSTEP (2X2) | 377 | $3,483.86 |
| | CovRSite (4x4 (2x2 pad)) | 607 | $339.80 |
| | Cuticerin (4x4) | 130 | $69.31 |
| | Durafiber (4x4) | 291 | $978.63 |
| | Durafiber AG (2x2) | 248 | $1,085.74 |
| | Durafiber AG (4x4.75) | 434 | $4,475.41 |
| | Durafiber Rope (3/4"x18") | 140 | $608.16 |
| | Exu-Dry Full Absorbency (3x4) | 3096 | $3,865.29 |
| | Exu-Dry Pads (4x6) | 308 | $524.22 |
| | Exu-Dry Pads (6x9) | 84 | $182.43 |
| | Intrasite (1oz ) | 44 | $131.56 |
| | Iodosorb gel (10gr=1/3 oz) | 218 | $3,337.61 |
| | OpSite (4x5.5) | 247 | $279.11 |
| | Replicare Thin (3.5x5.5) | 91 | $210.94 |
| | Solosite (3oz ) | 2 | $12.08 |
| | Viscopaste-Unna Boot (3"x10yds) | 41 | $182.69 |
| **Southwest Technologies** | | **188** | **$6,210.61** |
| | Elasto-gel (2x3) | 141 | $276.36 |
| | Stimulen Powder (10 gr) | 22 | $1,875.50 |
| | Stimulen powder (20 gr) | 25 | $4,058.75 |
| **Theraworx** | | **1322** | **$10,131.65** |
| | Theraworx Protect Cloth Towels | 190 | $953.80 |
| | Theraworx Protect Foam 2oz | 87 | $428.04 |
| | Theraworx Protect Foam 8oz | 320 | $3,360.00 |
| | Theraworx Protect Foam Fragrance Free | 638 | $4,198.04 |
| | Theraworx Protect U-Pak | 71 | $851.29 |

| | | |
|---|---|---|
| Theraworx Refill Bladder for Wall Mount Dispenser | 12 | $302.40 |
| Theraworx Wall Mount Soap Dispenser 1000 mL | 4 | $38.08 |
| **Urgo Medical North America** | **1047** | **$6,594.10** |
| Drawtex Hydroconductive (3x3) | 148 | $686.28 |
| Drawtex Hydroconductive (4x4) | 211 | $1,055.00 |
| Drawtex Hydroconductive (6x8) | 269 | $2,786.84 |
| Drawtex Hydroconductive Rope (3/8 x 18in) | 45 | $270.00 |
| UrgoCell AG Foam (4X4) | 42 | $252.00 |
| UrgoTul Absorb Foam (2.5x2.5) | 79 | $211.80 |
| UrgoTul Absorb Foam (4x4) | 80 | $225.60 |
| UrgoTul Absorb Foam Silicone Border (4x4(2.5x2.5)) | 48 | $127.68 |
| UrgoTul AG Contact Layer (4x5) | 16 | $131.57 |
| UrgoTul Contact Layer (4x5) | 60 | $308.34 |
| Vashe Wound Wash | 49 | $539.00 |
| **Wound Care Innovations** | **458** | **$15,558.00** |
| BIAKOS (8oz) | 148 | $2,072.00 |
| BIAKOS Antimicrobial Gel (1oz) | 49 | $539.00 |
| HYCOL Gel (10 gr) | 82 | $1,312.00 |
| HYCOL Powder (5 gr) | 179 | $11,635.00 |
| **Grand Total** | **125397** | **$399,575.00** |