**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**IN RE:**     **ADVANCED ISSUE, LLC**               **Case No. 4:21-BK-12261**
          **Debtor-in-Possession**                                  **Chapter 11**

## MOTION TO DISMISS CASE

Debtor in Possession, for its Motion to Dismiss Case, state:

1.     Debtor commenced this Chapter 11 case on August 23, 2021.

2.     This Court has jurisdiction of the relief requested under, among other law, 28 U.S.C. § 1334; 28 U.S.C. § 157. This is a core proceeding under 28 U.S.C. § 157(b) and the Court can enter a final order.

3.     The Debtor requests this case be dismissed pursuant to 11 USC § 1112(b) for cause, including, but not limited to, the absence of a reasonable likelihood of rehabilitation, *see* 11 USC § 1112(b)(4).

4.     Counsel for the Debtor and counsel for the primary secured creditor, Bell Bank, have conferred. Debtor states that dismissal is in the best interest of creditors of this estate and that a restructuring and reorganization outside of bankruptcy is in the best interest of all creditors at this time. Bell Bank has no objection to this request.

## NOTICE OF OPPORTUNITY TO OBJECT

**OBJECTIONS, IF ANY, TO THE PROPOSED MOTION FOR AUTHORITY TO SHRED AND DISPOSE OF RECORDS MUST BE FILED WITH THE COURT (300 W. 2ND STREET, LITTLE ROCK, AR 72201) WITHIN TWENTY-ONE (21) DAYS FROM THE DATE HEREOF AS REQUIRED BY FRBP 2002(a)(3) UNLESS THE COURT, FOR CAUSE SHOWN, SHORTENS OR ENLARGES THE TIME FOR OBJECTIONS. OBJECTIONS MUST BE SERVED UPON: DEBTOR'S COUNSEL, KEECH LAW FIRM, P.A., 2011 SOUTH BROADWAY, LITTLE ROCK, ARKANSAS 72206; AND THE U.S. TRUSTEE, 200 WEST CAPITOL AVENUE, SUITE 1200, LITTLE ROCK, AR 72201.**

**ANY OBJECTION TIMELY FILED WILL BE SET FOR HEARING BY SUBSEQUENT NOTICE.  IF NO OBJECTIONS ARE TIMELY FILED, THE COURT MAY ENTER AN ORDER APPROVING THIS MOTION AS REQUESTED BY THE DEBTOR WITHOUT FURTHER NOTICE.**

WHEREFORE, Debtor and Bell Bank request this Motion be granted and for all other just and proper relief to which they may be entitled.

KEECH LAW FIRM, PA
2011 South Broadway
Little Rock, Arkansas 72206
Telephone:    501.221.3200
Facsimile:    501.221.3201
kkeech@keechlawfirm.com

By:    /s/  *Kevin P. Keech*
Kevin P. Keech, Ark. Bar No. 98147
Proposed Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's electronic filing system on May 11, 2023, which will send notice of such filing to all registered parties, and served via U.S. Mail to all of the creditors listed in the creditors' matrix, US Trustee, US Attorney, Eastern District of Arkansas, US Attorney General, US Treasury, IRS, all of Debtor's known secured creditors at the addresses listed on Debtor's petition and creditors' matrix, and via e-mail to counsel for Bell Bank (JMcDonald@Taftlaw.com).

/s/  *Kevin P. Keech*
Kevin P. Keech

2