# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:    ADVANCED TISSUE, LLC<br>              Debtor-in-Possession | Case No. 4:21-BK-12261<br>CHAPTER 11 |

## ORDER GRANTING MOTION TO DISMISS

This matter comes now before the Court on the Debtors' Motion to Dismiss with Notice of Opportunity to Object [Docket No. 235] (the "Motion"). The Court finds that the Motion is well taken, complies with the requirements of law and was properly served on all creditors and parties in interest, and therefore, the Motion should be granted.

IT IS HEREBY ORDERED:

1. On May 11, 2023, the Debtor filed the Motion.

2. On May 16, 2023, the Debtor filed a Certificate of Service referencing proper service of the Motion [Docket No. 238].

3. On or before June 16, 2023, the Debtor shall file the delinquent monthly operating report for April 2023, and simultaneously submit monthly bank statements, reconciliations, and copies of the check registers, in accordance with the United States Trustee's guidelines and as required by Local Rule 1020.1.

4. On or before June 16, 2023, the Debtor will pay all quarterly fees and interest due to the United States Trustee.

5. In addition to the above, the Debtor shall file the monthly operating reports for May 2023 and the period of June 1, 2023 through the date of dismissal and simultaneously submit to the United States Trustee all required supporting documentation for same; and timely pay when due all quarterly fees due to the United States Trustee.

6. The Motion to Dismiss is hereby GRANTED.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 06/07/2023

Prepared by:

*/s/ Kevin P. Keech*
Kevin P. Keech, Ark. Bar No. 98147
KEECH LAW FIRM, P.A.
2011 S. Broadway
Little Rock, Arkansas 72206
Telephone – 501.221.3200
kkeech@keechlawfirm.com

*Counsel to Chapter 11 Debtor*

Approved by:

/s/ Kathryn M.C. Worlow
Kathryn M.C. Worlow, Ark. Bar No. 2018027
Trial Attorney
Office of the U.S. Trustee
200 West Capitol, Suite 1200
Little Rock, AR 72201
Telephone: (501) 324-7357
Kathryn.m.worlow@usdoj.gov